UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPRIUS, INC., | Case No. 1:25-cv-01417-JLT-CDB |
| Plaintiff, | ORDER ON STIPULATION TO AMEND SCHEDULING ORDER <u>AS MODIFIED</u> |
| v. | (Doc. 7) |
| NATIONWIDE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

Plaintiff Reprius, Inc., initiated this action with the filing of a complaint in state court on July 28, 2025. (Doc. 1-2). Defendant Nationwide Insurance Company of America removed the action on October 23, 2025. (Doc. 1). Pending before the Court is the parties' stipulated request for amendment of the scheduling order. (Doc. 7).

**<u>Discussion</u>**

The parties represent that Plaintiff has provided 1,799 pages of documents to Defendant in discovery, and Defendant has provided to Plaintiff 2,265 pages of documents. *Id.* at 2. The parties state that Plaintiff is "still in the process of retrieving, recreating, and compiling additional documents that support elements of Plaintiff's claims … that were destroyed in the subject fire," and Plaintiff has represented that it will be "supplementing the written responses and document production it has already provided," and anticipates it will do so by July 31, 2026. *Id.* at 2-3. The parties provide that Defendant intends to depose Plaintiff's "person most knowledgeable"

(presumably a reference to a deposition noticed pursuant to Fed. R. Civ. P. 30(b)(6)) as pertaining to the "outstanding/disputed items of Plaintiff's claim for insurance benefits once it is in receipt of Plaintiff's supplemental discovery responses and document production," after which Defendant "intends to file a summary judgment motion." The parties assert that Plaintiff intends to depose Defendant's person most knowledgeable. *Id.* at 3. The parties attach the declaration of counsel for Defendant Nicole Hampton setting forth the same. *See* (Doc. 10-1).

The parties request the following extensions (Doc. 10 at 4):

| Event | Current Date | New Date |
|---|---|---|
| Non-Expert Discovery Deadline | 07/31/2026 | 09/30/2026 |
| Expert Disclosure Deadline | 08/14/2026 | 10/14/2026 |

The parties' representations establish good cause to grant the stipulated request to amend case management dates consistent with the parties' request. The Court will continue the rebuttal expert disclosure deadline, expert discovery deadline, and non-dispositive motion deadlines in kind.

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED that the operative scheduling order (Doc. 7) is amended as follows:

| Event | Current Date | New Date |
|---|---|---|
| 1. Non-Expert Discovery Deadline | 07/31/2026 | 09/30/2026 |
| 2. Expert Disclosure Deadline | 08/14/2026 | 10/14/2026 |
| 3. Rebuttal Disclosure Deadline | 09/11/2026 | 10/21/2026 |
| 4. Expert Discovery Deadline | 10/13/2026 | 10/28/2026 |
| 5. Non-Dispositive Motion Filing Deadline | 10/26/2026 | 11/10/2026 |
| 6. Non-Dispositive Motion Hearing Deadline | 11/30/2026 | 12/15/2026 |

///

///

///

2

All other provisions of the operative scheduling order and existing case management dates (*i.e.*, dispositive motion filings and hearings, pre-trial conference, and trial) not in conflict with this order remain in effect.

IT IS SO ORDERED.

Dated:    **June 25, 2026**

_____
UNITED STATES MAGISTRATE JUDGE